UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED 2007 JUN -8 A 8: 55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| HORTON HOMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| LARUE BANDY, MARIE BANDY, ) | 2:07 CV 506 - MEF |
| PATRICK PRITCHETT, WILLIAM ) | |
| SHANER, ELSIE FONDREN AVERETTE, ) | |
| WILLIAM CRUTHIRDS, SHERRIE ) | |
| CRUTHIRDS, ) | |
| ) | |
| Defendants. | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Horton Industries, Inc.

Horton Iron Works, L.L.C.

R.J.& J. Enterprises, Inc.

Best Value Housing, Inc.

Dynasty Homes, Inc.

Associated Dealers, Inc.

The New Mortgage Corp.

H & S Homes, L.L.C.

Horton Vans, Inc.

Horton Insurance Associates, L.L.C.

_____
Sydney F. Frazier, Jr. (FRA007)

Attorney for Plaintiff
Horton Homes, Inc.

OF COUNSEL:

CABANISS, JOHNSTON, GARDNER,
 DUMAS & O'NEAL LLP
2001 Park Place North, Suite 700
Birmingham, Alabama 35203
Telephone: 205-716-5200
Facsimile: 205-716-5389
Email: sff@cabaniss.com

James. L. Paul
(Ga. Bar No. 567600)
Thomas C. Grant
(Ga. Bar No. 297455)
CHAMBERLAIN, HRDLICKA, WHITE,
 WILLIAMS & MARTIN
191 Peachtree Street, N.E. – 34th Floor
Atlanta, Georgia 30393
Telephone: (404) 659-1410
Facsimile: (404) 659-1852
Email: jimmy.paul@chamberlainlaw.com
       thomas.grant@chamberlainlaw.com