RECEIVED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 JUN -8 A 8: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| HORTON HOMES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| LARUE BANDY, MARIE BANDY, | ) | 2:07cv506-MEF |
| PATRICK PRITCHETT, WILLIAM | ) | |
| SHANER, ELSIE FONDREN AVERETTE, | ) | |
| WILLIAM CRUTHIRDS, SHERRIE | ) | |
| CRUTHIRDS, | ) | |
| | ) | |
| Defendants. | | |

**MOTION FOR ADMISSION PRO HAC VICE
FOR JAMES L. PAUL AND THOMAS C. GRANT**

COMES NOW Sydney F. Frazier, Jr., a member of the bar of this court, and moves for the admission pro hac vice of James L. Paul, Esq. and Thomas C. Grant, Esq. as counsel of record for the plaintiff Horton Homes, Inc. Mr. Paul and Mr. Grant are admitted to practice in the State of Georgia and have been admitted to practice before the United States District Court for the Northern District of Georgia. Attached hereto are Certificates of Good Standing for Mr. Paul and Mr.

Grant issued by the United States District Court for the Northern District of Georgia.

This 8th day of June, 2007.

_____
Sydney F. Frazier, Jr. (FRA007)

Attorney for Plaintiff
Horton Homes, Inc.

OF COUNSEL:

CABANISS, JOHNSTON, GARDNER,
    DUMAS & O'NEAL LLP
2001 Park Place North, Suite 700
Birmingham, Alabama 35203
Telephone: 205-716-5200
Facsimile: 205-716-5389
Email: sff@cabaniss.com

James. L. Paul
(Ga. Bar No. 567600)
Thomas C. Grant
(Ga. Bar No. 297455)
CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & MARTIN
191 Peachtree Street, N.E. – 34th Floor
Atlanta, Georgia 30393
Telephone: (404) 659-1410
Facsimile: (404) 659-1852
Email: jimmy.paul@chamberlainlaw.com
       thomas.grant@chamberlainlaw.com

## CERTIFICATE OF SERVICE

Defendants will be served a copy of this MOTION FOR ADMISSION PRO HAC VICE FOR JAMES L. PAUL AND THOMAS C. GRANT with the Summons and Complaint.

Larue Bandy
329 Main Street
Hayneville, Alabama 36040

Patrick Pritchett
Route One, Box 126
Fitzpatrick, Alabama 36029

Elsie Fondren Averette
33 Ashlee Drive
Centerville, Alabama 35042

Sherrie Cruthirds
875 Lynch Lake Road
Odenville, Alabama 35120

Marie Bandy
329 Main Street
Hayneville, Alabama 36040

William Shaner
1111 Thrasher Road
Wetumpka, Alabama 36092

William Cruthirds
875 Lynch Lake Road
Odenville, Alabama 35120

_____
Of Counsel

Case 2:07-cv-00506-MEF-CSC  Document 3  Filed 06/08/2007  Page 4 of 5



## CERTIFICATE OF GOOD STANDING

| UNITED STATES OF AMERICA | } |
|---|---|
|  | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that JAMES LEE PAUL , State Bar No. 567600,** was duly admitted to practice in said Court on December 2, 1971, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 6th day of June, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: *Jamee Green*
Jamee Green
Deputy Clerk





# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **THOMAS CHRISTOPHER GRANT, State Bar No. 297455,** was duly admitted to practice in said Court on March 29, 1999, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 6th day of June, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Green
Deputy Clerk



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that JAMES LEE PAUL , State Bar No. 567600,** was duly admitted to practice in said Court on December 2, 1971, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 6th day of June, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: *Jamee Green*
Jamee Green
Deputy Clerk





# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **THOMAS CHRISTOPHER GRANT, State Bar No. 297455,** was duly admitted to practice in said Court on March 29, 1999, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 6th day of June, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Green
Deputy Clerk