IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HORTON HOMES, INC., | ) | **SUMMONS IN A CIVIL ACTION** |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| LARUE BANDY, MARIE BANDY, PATRICK PRITCHETT, WILLIAM SHANER, ELSIE FONDREN AVERETTE, WILLIAM CRUTHIRDS, SHERRIE CRUTHIRDS, | ) | 2:07-CV-506-MEF |
| Defendants. | ) | |

TO: Larue Bandy
329 Main Street
Hayneville, Alabama 36040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Sydney F. Frazier, Jr.
Cabaniss, Johnston, Gardner,
    Dumas & O'Neal LLP
2001 Park Place North, Suite 700
Birmingham, AL 35203

James L. Paul
Thomas C. Grant
Chamberlain, Hrdlicka, White,
    Williams & Martin
191 Peachtree Street, N.E. – 34th Floor
Atlanta, GA 30303

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                       6/8/07
_____          _____
CLERK                                                              DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., ) | **SUMMONS IN A CIVIL ACTION** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| LARUE BANDY, MARIE BANDY, ) | 2:07-CV-506-MEF |
| PATRICK PRITCHETT, WILLIAM ) | |
| SHANER, ELSIE FONDREN ) | |
| AVERETTE, WILLIAM CRUTHIRDS, ) | |
| SHERRIE CRUTHIRDS, ) | |
| ) | |
| Defendants. ) | |

TO:   Marie Bandy
      329 Main Street
      Hayneville, Alabama 36040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

| | |
|---|---|
| Sydney F. Frazier, Jr. | James L. Paul |
| Cabaniss, Johnston, Gardner, | Thomas C. Grant |
|    Dumas & O'Neal LLP | Chamberlain, Hrdlicka, White, |
| 2001 Park Place North, Suite 700 |    Williams & Martin |
| Birmingham, AL 35203 | 191 Peachtree Street, N.E. – 34th Floor |
| | Atlanta, GA 30303 |

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                    6/8/07
CLERK                                 DATE
_K. Hall_
(By) DEPUTY CLERK

≫AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                 Date                           *Signature of Server*

                                 _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., ) | SUMMONS IN A CIVIL ACTION |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| LARUE BANDY, MARIE BANDY, ) | 2:07-CV-506-MEF |
| PATRICK PRITCHETT, WILLIAM ) | |
| SHANER, ELSIE FONDREN ) | |
| AVERETTE, WILLIAM CRUTHIRDS, ) | |
| SHERRIE CRUTHIRDS, ) | |
| ) | |
| Defendants. ) | |

TO:   Patrick Pritchett
      Route One, Box 126
      Fitzpatrick, Alabama  36029

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Sydney F. Frazier, Jr.
Cabaniss, Johnston, Gardner,
     Dumas & O'Neal LLP
2001 Park Place North, Suite 700
Birmingham, AL  35203

James L. Paul
Thomas C. Grant
Chamberlain, Hrdlicka, White,
     Williams & Martin
191 Peachtree Street, N.E. – 34th Floor
Atlanta, GA  30303

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              6/8/07
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                    *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., ) | **SUMMONS IN A CIVIL ACTION** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| LARUE BANDY, MARIE BANDY, ) | 2:07-CV-506-MEF |
| PATRICK PRITCHETT, WILLIAM ) | |
| SHANER, ELSIE FONDREN ) | |
| AVERETTE, WILLIAM CRUTHIRDS, ) | |
| SHERRIE CRUTHIRDS, ) | |
| ) | |
| Defendants. ) | |

TO:   William Shaner
      1111 Thrasher Road
      Wetumpka, Alabama  36092

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Sydney F. Frazier, Jr.
Cabaniss, Johnston, Gardner,
    Dumas & O'Neal LLP
2001 Park Place North, Suite 700
Birmingham, AL  35203

James L. Paul
Thomas C. Grant
Chamberlain, Hrdlicka, White,
    Williams & Martin
191 Peachtree Street, N.E. – 34th Floor
Atlanta, GA  30303

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                         6/8/07
CLERK                                      DATE

_(signature)_
(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                      *Date*                    *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HORTON HOMES, INC., | ) | **SUMMONS IN A CIVIL ACTION** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| LARUE BANDY, MARIE BANDY, | ) | 2:07-CV-506-MEF |
| PATRICK PRITCHETT, WILLIAM | ) | |
| SHANER, ELSIE FONDREN | ) | |
| AVERETTE, WILLIAM CRUTHIRDS, | ) | |
| SHERRIE CRUTHIRDS, | ) | |
| | ) | |
| Defendants. | ) | |

TO:  Elsie Fondren Averette
     33 Ashlee Drive
     Centerville, Alabama  35042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Sydney F. Frazier, Jr.
Cabaniss, Johnston, Gardner,
    Dumas & O'Neal LLP
2001 Park Place North, Suite 700
Birmingham, AL  35203

James L. Paul
Thomas C. Grant
Chamberlain, Hrdlicka, White,
    Williams & Martin
191 Peachtree Street, N.E. – 34th Floor
Atlanta, GA  30303

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                          6/8/07
CLERK                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                           *Signature of Server*

                                _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., ) | **SUMMONS IN A CIVIL ACTION** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| LARUE BANDY, MARIE BANDY, ) | 2:07 CV-506-MEF |
| PATRICK PRITCHETT, WILLIAM ) | |
| SHANER, ELSIE FONDREN ) | |
| AVERETTE, WILLIAM CRUTHIRDS, ) | |
| SHERRIE CRUTHIRDS, ) | |
| ) | |
| Defendants. ) | |

TO:   William Cruthirds
        875 Lynch Lake Road
        Odenville, Alabama  35120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Sydney F. Frazier, Jr.
Cabaniss, Johnston, Gardner,
        Dumas & O'Neal LLP
2001 Park Place North, Suite 700
Birmingham, AL  35203

James L. Paul
Thomas C. Grant
Chamberlain, Hrdlicka, White,
        Williams & Martin
191 Peachtree Street, N.E. – 34th Floor
Atlanta, GA  30303

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                              6/8/07
CLERK                                           DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                    *Signature of Server*

                                           _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LARUE BANDY, MARIE BANDY, )<br>PATRICK PRITCHETT, WILLIAM )<br>SHANER, ELSIE FONDREN )<br>AVERETTE, WILLIAM CRUTHIRDS, )<br>SHERRIE CRUTHIRDS, )<br>)<br>Defendants. ) | **SUMMONS IN A CIVIL ACTION**<br><br>Civil Action No.<br><br>2:07-CV-506-MEF |

TO:   Sherrie Cruthirds
      875 Lynch Lake Road
      Odenville, Alabama 35120

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Sydney F. Frazier, Jr.
Cabaniss, Johnston, Gardner,
    Dumas & O'Neal LLP
2001 Park Place North, Suite 700
Birmingham, AL 35203

James L. Paul
Thomas C. Grant
Chamberlain, Hrdlicka, White,
    Williams & Martin
191 Peachtree Street, N.E. – 34th Floor
Atlanta, GA 30303

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE  6/8/07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                                      *Signature of Server*

                                          _____
                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.