IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| HORTON HOMES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-506-MEF |
| | ) | |
| LARUE BANDY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Motion for Admission Pro Hac Vice for James L. Paul and Thomas C. Grant (Doc. #3) filed on June 8, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 13th day of June, 2007.

                                         /s/ Mark E. Fuller
                             CHIEF UNITED STATES DISTRICT JUDGE