IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HORTON HOMES, INC., | ) | SUMMONS IN A CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | ALIAS |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| LARUE BANDY, MARIE BANDY, | ) | 2:07-CV-506-MEF |
| PATRICK PRITCHETT, WILLIAM | ) | |
| SHANER, ELSIE FONDREN | ) | |
| AVERETTE, WILLIAM CRUTHIRDS, | ) | |
| SHERRIE CRUTHIRDS, | ) | |
| | ) | |
| Defendants. | ) | |

TO:   Elsie Fondren Averette
      56 Bear Creek Road
      Brent, Alabama 35034

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

| | |
|---|---|
| Sydney F. Frazier, Jr. | James L. Paul |
| Cabaniss, Johnston, Gardner, | Thomas C. Grant |
|     Dumas & O'Neal LLP | Chamberlain, Hrdlicka, White, |
| 2001 Park Place North, Suite 700 |     Williams & Martin |
| Birmingham, AL 35203 | 191 Peachtree Street, N.E. – 34th Floor |
| | Atlanta, GA 30303 |

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                    6/15/07
CLERK                                 DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                           *Signature of Server*

                                        _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.