UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-cv-506-MEF |
| | ) |
| LARUE BANDY, MARIE BANDY, | ) JURY TRIAL DEMANDED |
| PATRICK PRITCHETT, WILLIAM | ) |
| SHANER, ELSIE FONDREN | ) |
| AVERETTE, WILLIAM CRUTHIRDS, | ) |
| and SHERRIE CRUTHIRDS, | ) |
| | ) |
|    Defendants. | ) |

## ANSWER

COME NOW the Defendants in the above-styled cause and in answer to the Complaint heretofore filed state as follows:

    1.    Defendants admit paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 18, 26, 27, 28, 29, 32, 43, 44, 45, 48, 59, 60, 61, 64, 77, 78, 79., 82, 93, 94, 95, and 98.

    2.    Defendants admit paragraphs 30, 46, 62, 80, and 96 wherein it is alleged that H & S Homes and Horton Homes is listed as Respondents to arbitrations filed by the Defendants.

    3.    Defendants deny each and every other allegation of the Complaint and demand strict proof thereof.

### Affirmative Defenses

    1.    Horton Homes, Inc., is estopped from claiming it is not a party to the arbitration agreements in question.

2.      H & S Homes, LLC is the alter ego of Horton Homes, Inc., or acts as a mere instrumentality of Horton Homes, Inc., and therefore Horton Homes, Inc., is a party to the arbitration agreements.

3.      The Shaner arbitration has been concluded awaiting a final decision by the arbitrator. Horton Homes, Inc., participated in the trial, through counsel, and has waived any objection to arbitration of the claims of William Shaner.

ATTORNEYS FOR DEFENDANTS:

*/s/ Randy Myers*
RANDY MYERS (MYE003)

*/s/ Frank H. Hawthorne, Jr.*
FRANK H. HAWTHORNE, JR. (HAW012)

OF COUNSEL:
Hawthorne & Myers, LLC
322 Alabama Street
Montgomery, AL  36102
(334) 269-5010
(334) 834-0080

OF COUNSEL:
Michael S. Harper
P.O. Box 780608
Tallassee, AL  36078
(334) 283-6855
(334) 283-6858 Fax

## JURY DEMAND

Defendants hereby demand a jury trial on all issues so triable.

*/s/ Frank H. Hawthorne, Jr.*
OF COUNSEL

**CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the foregoing has been served upon all counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed, this the 28th day of June, 2007:

Sydney F. Frazier, Jr., Esq.
Cabaniss, Johnston, Gardner, Dumas & O'Neal, LLP
2001 Park Place North, Suite 700
Birmingham, AL  35203

James L. Paul, Esq.
Thomas C. Grant, Esq.
Chamberlin, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, GA  30303

          __/s/ Frank H. Hawthorne, Jr._____
          OF COUNSEL