UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HORTON HOMES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-cv-506-MEF |
| ) | |
| **LARUE BANDY, MARIE BANDY,** ) | |
| **PATRICK PRITCHETT, WILLIAM** ) | |
| **SHANER, ELSIE FONDREN** ) | |
| **AVERETTE, WILLIAM CRUTHIRDS,** ) | |
| **and SHERRIE CRUTHIRDS,** ) | |
| ) | |
| **Defendants.** ) | |

**CONFLICT DISCLOSURE STATEMENT**

Come now the Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:  the parties (Defendants) are individuals and there are no entities to be reported.

ATTORNEYS FOR DEFENDANTS:

   */s/ Randy Myers*
RANDY MYERS (MYE003)


   */s/ Frank H. Hawthorne, Jr.*
FRANK H. HAWTHORNE, JR. (HAW012)

OF COUNSEL:
Hawthorne & Myers, LLC
322 Alabama Street
Montgomery, AL 36102
(334) 269-5010
(334) 834-0080

OF COUNSEL:
Michael S. Harper
P.O. Box 780608
Tallassee, AL 36078
(334) 283-6855
(334) 283-6858 Fax

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all counsel of record by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed, this the 29th day of June, 2007:

Sydney F. Frazier, Jr., Esq.
Cabaniss, Johnston, Gardner, Dumas & O'Neal, LLP
2001 Park Place North, Suite 700
Birmingham, AL 35203

James L. Paul, Esq.
Thomas C. Grant, Esq.
Chamberlin, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, GA 30303

                                                        __/s/ Randy Myers_____
                                                        OF COUNSEL