IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-506-MEF |
| ) | |
| LARUE BANDY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File Amended Complaint (Doc. #13) on July 11, 2007, it is hereby

ORDERED that the defendants show cause in writing on or before July 23, 2007 as to why the motion should not be granted..

DONE this the 12th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE