IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:07-cv-506-MEF |
| | ) |
| LARUE BANDY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that the motion for preliminary injunction is set for a status conference on July 18, 2007 at 9:30 a.m. by conference call arranged by counsel for the plaintiff.

DONE this 17th day of July, 2007.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE