IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:07-cv-506-MEF |
| | ) |
| LARUE BANDY, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

This cause is before the Court on the Motion for Preliminary Injunction (Doc. # 15) filed by Plaintiff on July 11, 2007. It is hereby ORDERED as follows:

1. The Motion for Preliminary Injunction (Doc. # 15) is set for a hearing on **September 24, 2007** at 9:00 a.m. in Courtroom 2A, United States Courthouse, One Church Street, Montgomery, Alabama. The hearing is expected to last no more than one day.

2. The parties may conduct limited discovery relating to issues relating to the requested preliminary injunction.

3. On or before **August 23, 2007**, Plaintiff shall file a brief in support of its Motion for Preliminary Injunction and provide the Court with a courtesy copy of the brief and any materials submitted in support thereof.

4. On or before **September 6, 2007**, Defendants shall file a response to Plaintiff's submissions and provide the Court with a courtesy copy of the brief and any materials submitted in support thereof.

5.  On or before **September 13, 2007**, Plaintiff shall file any reply and provide the Court with a courtesy copy of the brief and any materials submitted in support thereof.

DONE this the 18th day of July, 2007.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE