IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:07-cv-506-MEF |
| | ) |
| LARUE BANDY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File Amended Complaint (Doc. #13) filed on July 11, 2007, it is hereby

ORDERED that the motion is GRANTED. Plaintiff shall file its amended complaint on or before August 24, 2007.

DONE this 20th day of August, 2007.

                                                    /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE