IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-506-MEF |
| ) | |
| LARUE BANDY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby ORDERED that the hearing on the Plaintiff's Motion for Preliminary Injunction (Doc. # 15) shall reconvene on Friday, **October 12, 2007**, at **1:30 p.m.** in Courtroom 2A, United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 9th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE