# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| LARUE BANDY, MARIE BANDY, PATRICK ) | 2:07-CV-506-MEF |
| PRITCHETT, WILLIAM SHANER, ELSIE ) | |
| FONDREN AVERETTE, WILLIAM ) | |
| CRUTHIRDS, and SHERRIE CRUTHIRDS, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO RESCHEDULE
## HEARING ON PRELIMINARY INJUNCTION

Plaintiff Horton Homes, Inc. ("Horton Homes"), moves the court for an order rescheduling the October 12, 2007 hearing on Horton Homes' motion for preliminary injunction on the following grounds:

Horton Homes' principal and indispensable witness at the scheduled hearing is Mr. Dudley Horton, the President and principal owner of Horton Homes. On October 10, 2007, Mr. Horton developed an incapacitating malfunction of his kidneys, for which he is presently undergoing diagnostic procedures, and receiving medical treatment which may involve hospitalization. Mr. Horton's treating physician has strongly advised against Mr. Horton's travel to Montgomery at this time for his scheduled participation in this case. Given the inability of its principal

witness to attend the October 12 hearing, Horton Homes is compelled to request that the matter be continued and rescheduled on a date convenient with the court's calendar and subsequent to Mr. Horton's recovery from his current condition.

This   11th   day of October, 2007.

　　　　　　　　　　　　　　　　　　　/s/ Sydney F. Frazier, Jr.
　　　　　　　　　　　　　　　　　　　Sydney F. Frazier, Jr. (FRA007)

CABANISS, JOHNSTON, GARDNER,
   DUMAS & O'NEAL LLP
2001 Park Place No. Ste 700
Birmingham, Alabama 35203
Phone:  (205) 716-5200
Facsimile:  (205) 716-5389
Email:  sff@cabaniss.com

　　　　　　　　　　　　　　　　　　　/s/ James L. Paul
　　　　　　　　　　　　　　　　　　　James. L. Paul (Ga. Bar No. 567600)

　　　　　　　　　　　　　　　　　　　/s/ Thomas C. Grant
　　　　　　　　　　　　　　　　　　　Thomas C. Grant (Ga. Bar No. 297455)

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
      WILLIAMS & MARTIN
191 Peachtree Street, N.E. – 34th Floor
Atlanta, Georgia 30393
Telephone: (404) 659-1410
Facsimile: (404) 659-1852
Email: jimmy.paul@chamberlainlaw.com
         thomas.grant@chamberlainlaw.com

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　Horton Homes, Inc.

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing MOTION TO RESCHEDULE HEARING ON PRELIMINARY INJUNCTION has been filed using the CM/ECF system and will be served by the system on:

    Frank Howard Hawthorne, Jr.
    Hawthorne & Myers LLC
    322 Alabama Street
    Montgomery, AL  36104
    Email:  frank@hawthorneonline.com

    Michael Stephen Harper
    Michael S. Harper, PC
    P. O. Box 780608
    Tallahassee, AL  36078-0007
    Email:  mikeharper@elmore.rr.com

    Randy A. Myers
    Hawthorne & Myers LLC
    322 Alabama Street
    Montgomery, AL  36104
    Email:  randy@hawthorneonline.com

    This   11th   day of October, 2007.

                                               */s/ Sydney F. Frazier, Jr.*