IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-506-MEF |
| | ) |
| LARUE BANDY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Reschedule Hearing on Preliminary Injunction (Doc # 31), filed October 11, 2007. This Court has carefully considered the arguments and representations in said motion, and it is hereby ORDERED that:

(1) Plaintiff's Motion to Reschedule (Doc #31) is GRANTED;

(2) The hearing on the Motion for Preliminary Injunction scheduled for October 12, 2007 is CONTINUED; and

(3) This Court will issue a separate order rescheduling the hearing for a later date.

DONE this 12th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE