IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v.                                         ) | CASE NO. 2:07-cv-506-MEF |
| ) | |
| LARUE BANDY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of plaintiff's Motion to Permit Testimony by Contemporaneous Transmission (Doc. #34) filed on October 18, 2007, it is hereby

ORDERED that the defendants show cause in writing on or before October 22, 2007 as to why this motion should not be granted.

DONE this 18th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE