IN THE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| HORTON HOMES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| LARUE BANDY, MARIE BANDY, PATRICK PRITCHETT, WILLIAM SHANER, ELSIE FONDREN AVERETTE, WILLIAM CRUTHIRDS, and SHERRIE CRUTHIRDS, | ) ) ) ) ) | 2:07-CV-506-MEF |
| Defendants. | ) | |

**RESPONSE OF HORTON HOMES, INC. TO DEFENDANTS' OPPOSITION TO CONTEMPORANEOUS TESTIMONY AND MOTION FOR CONTINUANCE**

Plaintiff Horton Homes, Inc. ("Plaintiff Horton" or "Horton Homes"), submits the following response to Defendants' Opposition to Plaintiff Horton's motion to permit testimony by contemporaneous transmission and opposition to the defendants' motion for continuance:

1.  On October 16, 2007 this court rescheduled a hearing on Horton Homes' motion for preliminary injunction, yet Defendants have waited until October 22 to file a motion to reschedule the hearing on the ground that "Mike Harper had a conflict on that [October 26, 2007] date and anticipated filing a motion to reschedule said hearing." Opposition, ¶2. Mr. Harper does not

identify the conflict nor does he offer any reason for the delay in making the request for the continuance that he "anticipated filing."

    2.    Paragraph 3 of the Defendants' Opposition refers to a fax letter dated October 17, 2007 from Horton's counsel Sydney F. Frazier, Jr., with reference to which defendants state that "Mr. Frazier indicated that if we did not agree for testimony to be taken by video he would request a continuance for which we of course, would not object due to Harper's conflict."  There is no Exhibit A attached to Defendants' Opposition, but Mr. Frazier's October 17, 2007 letter has been attached to this filing as Exhibit A and made a part hereof.  As the court will see, the suggestion that Horton Homes would agree to a continuance in the absence of agreement on Mr. Horton's testimony appears nowhere in the subject correspondence.

    3.    Finally, defendants state that the testimony of Dudley Horton "may be significant" and deserving of the right to cross-examine the witness in the presence of the court.  Opposition, ¶6.  By means of the contemporaneous live video testimony, both of the foregoing objectives will be accomplished, and thus defendants offer no substantive objection to the plaintiffs' Rule 43 motion.

    Based on the foregoing analysis, Horton Homes submits (a) that the defendants' opposition to the request for contemporaneous video testimony is

insufficient to overcome the substantive merits of the motion and (b) that the request for a continuance is due to be denied.

       This   22nd   day of October, 2007.

                                      */s/ Sydney F. Frazier, Jr.*
                                      Sydney F. Frazier, Jr. (FRA007)

CABANISS, JOHNSTON, GARDNER,
   DUMAS & O'NEAL LLP
2001 Park Place No. Ste 700
Birmingham, Alabama 35203
Phone:  (205) 716-5200
Facsimile:  (205) 716-5389
Email:  sff@cabaniss.com

                                      */s/ James L. Paul*
                                      James. L. Paul (Ga. Bar No. 567600)

                                      */s/ Thomas C. Grant*
                                      Thomas C. Grant (Ga. Bar No. 297455)

OF COUNSEL:

CHAMBERLAIN, HRDLICKA, WHITE,
     WILLIAMS & MARTIN
191 Peachtree Street, N.E. – 34th Floor
Atlanta, Georgia 30393
Telephone: (404) 659-1410
Facsimile: (404) 659-1852
Email: jimmy.paul@chamberlainlaw.com
       thomas.grant@chamberlainlaw.com

                                      Attorneys for Plaintiff
                                      Horton Homes, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing RESPONSE OF HORTON HOMES, INC. TO DEFENDANTS' OPPOSITION TO CONTEMPORANEOUS TESTIMONY AND MOTION FOR CONTINUANCE has been filed using the CM/ECF system and will be served by the system on:

>Frank Howard Hawthorne, Jr.
>Hawthorne & Myers LLC
>322 Alabama Street
>Montgomery, AL  36104
>Email:  frank@hawthorneonline.com

>Michael Stephen Harper
>Michael S. Harper, PC
>P. O. Box 780608
>Tallahassee, AL  36078-0007
>Email:  mikeharper@elmore.rr.com

>Randy A. Myers
>Hawthorne & Myers LLC
>322 Alabama Street
>Montgomery, AL  36104
>Email:  randy@hawthorneonline.com

This  __22nd__   day of October, 2007.

>>>>>>>*/s/ Sydney F. Frazier, Jr.*

# EXHIBIT A

# Cabaniss Johnston
**CABANISS, JOHNSTON, GARDNER, DUMAS & O'NEAL LLP**

Park Place Tower
2001 Park Place North, Suite 700
Birmingham, Alabama 35203

Mailing Address: P.O. Box 830612 • Birmingham, Alabama 35283-0612
Telephone: (205) 716-5200 • Facsimile: (205) 716-5389

WILLIAM F. GARDNER
CRAWFORD S. McGIVAREN, JR.
SYDNEY F. FRAZIER, JR.
BENJAMIN T. ROWE
WILLIAM A. ROBINSON
PATRICK H. SIMS
DONALD J. STEWART
ROY J. CRAWFORD
WILLIAM K. THOMAS
F. GERALD BURNETT
DAVID S. DUNKLE
C. FRED DANIELS
G. THOMAS SULLIVAN
CAROLYN L. DUNCAN
DAVID L. KANE
R. BOYD MILLER
R. CARLTON SMYLY
STEVE A. TUCKER
SANDY G. ROBINSON

HERBERT HAROLD WEST, JR.
RICHARD ELDON DAVIS
MELANIE MERKLE BASS
JOHN M. GRAHAM
IAN D. ROSENTHAL
MICHAEL E. TURNER
JARROD J. WHITE
ANNA FUNDERBURK BUCKNER
PHILLIP B. WALKER

DIANE H. CRAWLEY
ANNETTE LANNING KINDERMAN
REBECCA DONELSON PARKS
DIANE BABB MAUGHAN
AMY BELL NELSON
JOHN ALLEN ROBERTS
JOSEPH D. STUTZ
SCOTT A. HOLMES
BRIAN G. WILSON

GEORGE L. MORRIS, IV
ANTHONY L. WATKINS, JR.
MARY KATHRYN JEFFREYS
JENNIFER M. ANDERSON

K.W. MICHAEL CHAMBERS
L. MURRAY ALLEY
   OF COUNSEL

E.H. CABANISS
1857-1936

FORNEY JOHNSTON
1879-1965

LUCIEN D. GARDNER, JR.
1903-1988

M. CAMPER O'NEAL
1907-1989

Mobile Office: Riverview Plaza • 63 South Royal Street, Suite 700 • Mobile, Alabama 36602
Telephone: (251) 415-7300 • Facsimile: (251) 415-7350

October 17, 2007

**Facsimile (334) 283-6858**
Michael Stephen Harper
Michael S Harper, PC
PO Box 780608
Tallassee, AL 36078-0007

**Facsimile (334) 834-0080**
Frank H. Hawthorne, Jr., Esq.
Hawthorne & Myers LLC
322 Alabama Street
Montgomery, Alabama 36104

> RE:  Civil Action No. CV-07-507-MEF
> U.S. District Court for the Middle District of Alabama
> **Horton Homes v. Larue Bandy, et al.**

Gentlemen:

Mr. Horton continues to have some medical problems which lead his doctors to advise against travel to Alabama. We are therefore arranging to present his testimony in court next Friday by live contemporaneous video and Judge Fuller's office has requested that we ask whether you will have any objections. We will be filing a motion tomorrow. Please let us know as soon as you can. Thank you.

Very truly yours,

CABANISS, JOHNSTON, GARDNER,
DUMAS & O'NEAL LLP

By _____
Sydney F. Frazier, Jr.
Attorneys for Horton Homes, Inc.

SFFJr/cnj
cc:  James L. Paul, Esq. (by email)
     Thomas C. Grant, Esq. (by email)