IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NO.: 2:07-cv-506-MEF |
| LARUE BANDY, et al., | ) |
| DEFENDANTS. | ) |

## **ORDER**

It is hereby ORDERED that the hearing on the Plaintiff's Motion for Preliminary Injunction (Doc. # 15) shall reconvene on November 20, 2007 at 10:00 a.m. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 25th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE