IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:07cv506-MEF |
| ) | |
| LARUE BANDY, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the defendants' motion to compel (doc. # 49), and for good cause, it is

ORDERED that the plaintiff shall show cause on or before March 6, 2008, which the motion should not be granted.  It is further

ORDERED that oral argument on the motion be and is hereby set for 10:00 a.m. on March 11, 2008, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 20th day of February, 2008.


                    /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE