IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:07cv506-MEF |
| ) | |
| LARUE BANDY, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For good cause, it is, and for good cause, it is

ORDERED that oral argument on the defendants' motion to compel (doc. # 49) presently set for March 11, 2008, be and is hereby **RESET** for **10:00 a.m. on March 13, 2008**, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 4th day of March, 2008.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE