IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:07cv506-MEF |
| LARUE BANDY, *et al*, | ) ) ) |
| Defendants. | ) ) |

ORDER

On March 13, 2008, the parties announced in open court that they have resolved the issues raised in the defendants' first motion to compel (doc. # 49) and the supplemental motion to compel (doc. # 56). Accordingly, it is

ORDERED that these motions be and are hereby DENIED as moot.

Done this 13th day of March, 2008.

           /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE