IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-506-MEF |
| | ) |
| LARUE BANDY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to File Supplemental Complaint (Doc. #59) filed on March 24, 2008, it is hereby ORDERED as follows:

1. The defendants shall file a response to the motion on or before April 2, 2008.

2. The plaintiffs shall file a reply on or before April 9, 2008.

DONE this 26th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE