IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv506-MEF |
| ) | |
| LARUE BANDY, *et al*, ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

Upon consideration of the defendants' motion to shorten time (doc. # 67), it is

ORDERED that this matter be and is hereby set for oral argument on June 9, 2008, at 10:30 a.m. central standard time. This proceeding shall be conducted by telephone conference. The defendants shall set up the telephone conference.

Done this 6th day of June, 2008.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              UNITED STATES MAGISTRATE JUDGE