UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07-CV-506-MEF |
| ) | |
| LARUE BANDY, MARIE BANDY, ) | |
| PATRICK PRITCHETT, WILLIAM ) | |
| SHANER, ELSIE FONDREN ) | |
| AVERETTE, WILLIAM CRUTHIRDS, ) | |
| SHERRIE CRUTHIRDS, LARRY C. ) | |
| McCULLOUGH, and ROBERT ) | |
| JEROME TEAL, III, ) | |
| Defendants. ) | |

## WAIVER OF SERVICE BY DEFENDANTS LARRY C. MCCULLOUGH AND ROBERT JEROME TEAL, III

COME NOW Defendants Larry C. McCullough ("Defendant McCullough") and Defendant Robert Jerome Teal, III ("Defendant Teal"), and show the Court as follows:

On March 24, 2008, Plaintiff Horton Homes, Inc. ("Horton Homes") filed its "Motion for Leave to File Supplemental Complaint to Add Larry C. McCullough and Robert Jerome Teal, III, as Defendants" (the "Motion for Leave"). [Doc. No. 59.] By Order dated April 4, 2008 [Doc. No. 63], the Court granted the Motion for Leave. On that date, Horton Homes filed "Plaintiff Horton

Homes, Inc.'s Third Supplemental Amended Complaint" (the "Third Complaint"). [Doc. No. 64.]

Through their undersigned counsel, and pursuant to Fed. R. Civ. P. 4(d)(1), Defendant McCullough and Defendant Teal hereby waive service of the Third Complaint and a Summons on each of them. Therefore, pursuant to Fed. R. Civ. P. 12(a)(1), Defendant McCullough and Defendant Teal shall have twenty days from the date of this Waiver to answer or otherwise respond to the Third Complaint.

Dated this 5 day of June, 2008.

By: /s/ Michael S. Harper
Michael S. Harper
*Alabama Bar No. HAR094*
213 Barnett Boulevard
P.O. Box 780608
Tallassee, Alabama  36078

By: /s/ Frank H. Hawthorne, Jr.
Frank H. Hawthorne, Jr.
*Alabama Bar No. HAW007*
Randy A. Myers
*Alabama Bar No. MYE003*
Hawthorne & Myers LLC
322 Alabama Street
Montgomery, Alabama  36104

*Counsel for Defendants Larry C. McCullough and Robert Jerome Teal, III*

281407.1
730302-000067:5/27/2008

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a true and correct copy of the within and foregoing "Waiver of Service by Defendants Larry C. McCullough and Robert Jerome Teal, III" on the following parties, through the Court's CM/ECF system and by manner of service as indicated below, in properly addressed envelopes, with adequate postage affixed thereon, as necessary, addressed as follows:

James L. Paul
Thomas C. Grant
*Chamberlain, Hrdlicka, White, Williams & Martin*
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia  30303

Sydney F. Frazier
*Cabaniss, Johnston, Gardner, Dumas & O'Neal, LLP*
2001 Park Place North, Suite 700
Birmingham, Alabama  35203

Dated this __5__ day of ~~May~~ June, 2008.

By: /s/ Michael S. Harper
Michael S. Harper
*Alabama Bar No. HAR094*
213 Barnett Boulevard
P.O. Box 780608
Tallassee, Alabama  36078

*Counsel for Defendants Larry C. McCullough and Robert Jerome Teal, III*