IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv506-MEF |
| ) | |
| LARUE BANDY, *et al*, ) | |
| ) | |
| Defendants. ) | |

ORDER

The defendants filed on June 5, 2008, a motion to shorten time for the plaintiff to respond to a request for production of documents. (doc. # 67) On June 9, 2008, the court heard argument on the motion. Accordingly, it is

ORDERED as follows:

1. The plaintiffs will serve any objections to the request for production on or before June 23, 2008.

2. In all other respects, the motion to shorten time is DENIED.

As indicated during argument, the court will allow on motion by a party a specific deposition to be taken outside the discovery deadline. The court expects counsel to cooperate in scheduling depositions.

Done this 9th day of June, 2008.

      /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE