IN THE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| HORTON HOMES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| LARUE BANDY, MARIE BANDY, PATRICK PRITCHETT, WILLIAM SHANER, ELSIE FONDREN AVERETTE, WILLIAM CRUTHIRDS, and SHERRIE CRUTHIRDS, | ) ) ) ) ) | 2:07-CV-506-MEF |
| Defendants. | ) | |

**NOTICE CONCERNING**
**SETTLEMENT CONFERENCE AND MEDIATION**

In accordance with the Section 3 of the Court's Scheduling Order, plaintiff Horton Homes, Inc. reports that no settlement was reached and the parties do not believe that mediation will assist them in resolving this case short of trial.

/s/ Sydney F. Frazier, Jr.
Sydney F. Frazier, Jr. (FRA007)

/s/ James L. Paul
James L. Paul (Ga. Bar No. 567600)

/s/ Thomas C. Grant
Thomas C. Grant (Ga. Bar No. 297455)

Attorneys for Plaintiff Horton Homes, Inc.

OF COUNSEL:

CABANISS, JOHNSTON, GARDNER,
    DUMAS & O'NEAL LLP
2001 Park Place North, Suite 700
Birmingham, Alabama 35203
Telephone: 205-716-5200
Facsimile: 205-716-5389
Email: sff@cabaniss.com

CHAMBERLAIN, HRDLICKA, WHITE,
    WILLIAMS & MARTIN
191 Peachtree Street, N.E. – 34th Floor
Atlanta, Georgia 30393
Telephone: (404) 659-1410
Facsimile: (404) 659-1852
Email: jimmy.paul@chamberlainlaw.com
       thomas.grant@chamberlainlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice Concerning Settlement Conference and Mediation has been filed using the CM/ECF system and copies have been served on counsel for the defendants as follows:

Frank Howard Hawthorne, Jr.
Hawthorne & Myers LLC
322 Alabama Street
Montgomery, AL  36104
Email:  frank@hawthorneonline.com

Michael Stephen Harper
Michael S. Harper, PC
P.O. Box 780608
Tallahassee, AL  36078-0007
Email:  mikeharper@elmore.rr.com

Randy A. Myers
Hawthorne & Myers LLC
322 Alabama Street
Montgomery, AL  36104
Email:  randy@hawthorneonline.com

This   11th   day of June, 2008.

　　　　　　　　　　　　　　　　*/s/ Sydney F. Frazier, Jr.*
　　　　　　　　　　　　　　　　Of Counsel