UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LARUE BANDY, MARIE BANDY, )<br>PATRICK PRITCHETT, WILLIAM )<br>SHANER, ELSIE FONDREN )<br>AVERETTE, WILLIAM CRUTHIRDS, )<br>SHERRIE CRUTHIRDS, LARRY C. )<br>McCULLOUGH, and ROBERT )<br>JEROME TEAL, III, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>2:07-CV-506-MEF |

## NOTICE OF FILING DECLARATION OF JIMMY L. PAUL PURSUANT TO 28 U.S.C. § 1746

COMES NOW Plaintiff Horton Homes, Inc. ("Plaintiff Horton") and hereby gives notice of the filing of the "Declaration of Jimmy L. Paul Pursuant to 28 U.S.C. § 1746" (the "Paul Declaration"), attached hereto as Exhibit "A". Plaintiff Horton is filing the Paul Declaration in support of "Plaintiff Horton Homes, Inc.'s Motion for Protective Order Prohibiting Discovery About Non-Party Entities Not the Subject of Claims or Defenses" and for all other purposes authorized by law.

Dated this 1st day of July, 2008.

By: /s/ Jimmy L. Paul
JIMMY L. PAUL
*Georgia Bar No. 567600*
THOMAS C. GRANT
*Georgia Bar No. 297455*
(Admitted Pro Hac Vice)

Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., 34th Fourth Floor
Atlanta, Georgia 30303
(404) 659-1410
(404) 659-1852 (Facsimile)
james.paul@chamberlainlaw.com

SYDNEY F. FRAZIER
SJIS #FRA007
Cabaniss, Johnston, Gardner, Dumas & O'Neal, LLP
Suite 700
2001 Park Place North
Birmingham, Alabama 35203
(205) 716-5291
(205) 716-5389 (Facsimile)
sff@cabaniss.com

*Co-Counsel for Plaintiff Horton Homes, Inc.*

<u>**EXHIBIT "A"**</u>
<u>**TO**</u>
<u>**NOTICE OF FILING DECLARATION OF JIMMY L. PAUL**</u>
<u>**PURSUANT TO 28 U.S.C. § 1746**</u>

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LARUE BANDY, MARIE BANDY, ) <br> PATRICK PRITCHETT, WILLIAM ) <br> SHANER, ELSIE FONDREN ) <br> AVERETTE, WILLIAM CRUTHIRDS, ) <br> SHERRIE CRUTHIRDS, LARRY C. ) <br> McCULLOUGH, and ROBERT ) <br> JEROME TEAL, III, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. <br> 2:07-CV-506-MEF |

### DECLARATION OF JIMMY L. PAUL PURSUANT TO 28 U.S.C. § 1746

COMES NOW JIMMY L. PAUL, who makes the following Declaration under penalty of perjury:

1.

I am a shareholder of the law firm of Chamberlain, Hrdlicka, White, Williams & Martin and am a member in good standing of the State Bar of Georgia. I have been admitted pro hac vice to serve as counsel of record for Plaintiff Horton Homes, Inc. in the action referenced above.

2.

Attached hereto as Exhibit "A" is a true and correct copy of a letter I received by facsimile on June 2, 2008, from Frank H. Hawthorne, Jr., concerning discovery in this action.

3.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of June, 2008.

_____
JIMMY L. PAUL

283765.1
730302-000067:6/27/2008

**EXHIBIT "A"**
**TO**
**DECLARATION OF JIMMY L. PAUL PURSUANT TO 28 U.S.C. § 1746**

# HAWTHORNE & MYERS, LLC
## ATTORNEYS AT LAW
322 ALABAMA STREET
MONTGOMERY, ALABAMA 36104
www.hawthorneonline.com

Frank H. Hawthorne, Jr.
Randy Myers

Telephone: (334) 269-5010
Telefax: (334) 834-0080

Of Counsel
Frank H. Hawthorne
1923-2002

June 2, 2008

James L. Paul, Esq.
Chamberlain, Hrdlicka, White, Williams, & Martin
191 Peachtree Street Northeast Thirty-Fourth Floor
Atlanta, GA 30303

VIA FAX TRANSMISSION
TO (404) 659-1410

Sydney F. Frazier, Jr., Esq.
Cabaniss, Johnston, Gardner, Dumas, & O'Neal LLP
P.O. Box 830612
Birmingham, AL 35283-0612

VIA FAX TRANSMISSION
TO (205) 716-5389

Re: Horton Homes, Inc. v. Bandy, et al.
    Case Number: 2:07-CV-506-MEF

Gentlemen:

In looking ahead at our cutoffs, I noticed that we must have a face to face settlement conference by this Friday, June 6, 2008 and then you are required to file a notice concerning settlement discussing mediation within 5 days of said settlement conference. As this is not a case of damages, we do not believe it can be settled. Either H&S Homes, LLC is the alter ego of Horton Homes, Inc., or it is not.

In the meantime, we need to conclude Mr. Sinclair's Deposition and his 30(b)(6) deposition. In addition, we wish to dispose David Givens and Bill Harpe; also we would like to depose Mr. David Giddens, the president of Triangle Homes, LLC. Please provide us with several two day periods available to you in the next three weeks.

Sincerely,

Frank H. Hawthorne, Jr.

FHHjr/lks
Cc: Randy Myers Esq.
Mike Harper Esq.

## CERTIFICATE OF SERVICE

This is to certify that on this date the undersigned has filed using the CM/ECF system a true and correct copy of "Notice of Filing Declaration of Jimmy L. Paul Pursuant to 28 U.S.C. § 1746" on the following parties and has served the following via the CM/ECF system:

Michael S. Harper
213 Barnett Boulevard
P.O. Box 780608
Tallassee, Alabama 36078

Frank H. Hawthorne, Jr.
Randy A. Myers
Hawthorne & Myers LLC
322 Alabama Street
Montgomery, Alabama 36104

Dated this 1st day of July, 2008.

By: /s/ Jimmy L. Paul
JIMMY L. PAUL
*Georgia Bar No. 567600*
THOMAS C. GRANT
*Georgia Bar No. 297455*
(Admitted Pro Hac Vice)

*Co-Counsel for Plaintiff Horton Homes, Inc.*

Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., 34th Fourth Floor
Atlanta, Georgia 30303
(404) 659-1410
(404) 659-1852 (Facsimile)
james.paul@chamberlainlaw.com
283764.1
730302-000067:6/27/2008