IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HORTON HOMES, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:07cv506-MEF |
| | ) | |
| LARUE BANDY, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Horton Homes, Inc.'s motion for protective order (doc.

# 74), it is

ORDERED that on or before July 15, 2008, the opposing party shall show cause

why the motion should not be granted.

Done this 1ˢᵗ day of July, 2008.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    UNITED STATES MAGISTRATE JUDGE