IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:07cv506-MEF |
| ) | |
| LARUE BANDY, *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the plaintiff's motions for protective order (docs. # 74 & 82) and the defendants' motion to compel (doc. # 83), and for good cause, it is

ORDERED that oral argument on the motions be and are hereby SET at **2:00 p.m. on August 5, 2008**, in Courtroom 4B in the United States Courthouse Complex, One Church Street, Montgomery, Alabama.  It is further

ORDERED that the defendants shall file copies of the depositions referenced in their motion to compel case on or before **July 30, 2008.**  Finally, it is

ORDERED that the deposition of the corporate representative of Triangle Homes, LLC, be and is hereby STAYED pending the court's resolution of the motions which shall take place in further proceedings before this court.

Done this 22nd day of July, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE