IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 2:07-cv-506-MEF |
| | ) |
| LARUE BANDY, et al., | ) (WO- Do Not Publish) |
| | ) |
| DEFENDANTS. | ) |

# **ORDER**

This cause is before the Court on the Motion to Strike Designation of Expert Witness (Doc. # 86) filed on July 23, 2008 by counsel for Defendants. By this motion, Defendants seek to prevent Plaintiff from calling Henry H. Hutchinson ("Hutchinson") as an expert witness at the trial of this cause. Defendants argue that Plaintiff failed to comply with the requirements of the Uniform Scheduling Order and Federal Rule of Civil Procedure 26(a)(2). The Court has carefully reviewed the applicable law and the expert disclosures made regarding Hutchinson's testimony. The Court finds that the disclosures are in compliance with the requirements of the Uniform Scheduling Order and Federal Rule of Civil Procedure 26(a)(2). Accordingly, it is hereby ORDERED that the motion is DENIED.

DONE this the 14th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE