IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-506-MEF |
| | ) |
| LARUE BANDY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion in Limine (Doc. #96) filed on August 14, 2008, it is hereby

ORDERED that the defendants show cause in writing on or before **August 29, 2008** as to why the motion should not be granted.

DONE this the 20th day of August, 2008.


/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE