**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**


**HORTON HOMES, INC.**

       **PLAINTIFF**


**VS.**                        **2:07-cv-506-MEF**


**LARUE BANDY, ET. AL.,**

       **DEFENDANTS**


**DESIGNATION OF TRIAL EXHIBITS**


Come now the Defendants herein who designate the following as among the exhibits that may be used and offered into evidence at the trial of the above styled cause:


1.       Defendants' Exhibit 1 - Joseph H Briley file;


2.       Defendants' Exhibit 2 - Certified Court file - Horton Homes vs H & S Homes;


3.       Defendants' Exhibit 3 - Horton Homes Loans to H & S Homes;


4.       Defendants' Exhibit 4 - Horton Homes checks to H & S Homes;

5.      Defendants' Exhibit 5 - Horton Homes Ledger of payments to and from H & S Homes;

6.      Defendants' Exhibit 6 - Promissory Note dated 8-31-98 for $6,328,710.00;

7.      Defendants' Exhibit 7 - Check No. 11954 from Horton Homes to H & S Homes dated 9-25-98 for $6,328,710.00.

8.      Defendants' Exhibit 8 - Check No. 18897 to Horton Homes from H & S Homes dated 9-25-98 in the amount of $6,328,710.00;

9.      Defendants' Exhibit 9 - Check No. 177022 to Horton Homes from H & S Homes dated 8-31-06 in the amount of $850,000.0;

10.      Defendants' Exhibit 10 - Check No. 177023 to Horton Homes from H & S Homes dated 8-31-06 in the amount of $850,000.00;

11.      Defendants' Exhibit 11 - Check No. 128573 to Horton Homes from H & S Homes dated 8-27-02 in the amount of $5,500,000.00;

12      Defendants' Exhibit 12 - Check No. 128574 to Horton Homes from H & S Homes dated 8-27-02 in the amount of $5,500,000.00;

13.     Defendants' Exhibit 13 - Promissory note dated 12-1-01 in the amount of $32,944,822.09;

14.     Defendants' Exhibit 14 - Promissory note dated 8-31-02 in the amount of $20,490,322.09;

15.     Defendants' Exhibit 15 - No Exhibit;

16.     Defendants' Exhibit 16 - Textron repurchase agreement;

17.     Defendants' Exhibit 17 - Bombardier floor plan repurchase agreement;

18.     Defendants' Exhibit 18 - Promissory Note dated 8-31-98 in the amount of $6,328,710.00; Check number 18897 from H & S Homes to Horton Homes dated 9-25-98 in the amount of $6,328,710.00; Check number 119547 from Horton Homes dated 9-25-98 in the amount of $6,328,710.00;

19.     Defendants' Exhibit 19 - Tabulation of all checks between 5-12-97 and 9-25-98 totaling $5,522,000.00;

20.     Defendants' Exhibit 20 - Check No. 177022 to Horton Homes from H & S Homes dated 8-31-06 in the amount of $850,000.00; Check No. 177023 to Horton Homes from H & S Homes dated 8-31-06 in the amount of $850,000.00;

21.    Defendants' Exhibit 21 - No exhibit;

22.    Defendants' Exhibit 22 - No Exhibit;

23.    Defendants' Exhibit 23 - Identification of Officers, Directors and Shareholders of Horton Homes, Inc.;

24.    Defendants' Exhibit 24 - Plaintiff Horton Homes, Inc.'s Submission in Aid of Subject No. 9 - All payments made by Horton Homes, Inc. to H & S Homes, LLC or to any third party on behalf of H & S Homes, LLC for any purpose;

25.    Defendants' Exhibit 25 - Plaintiff Horton Homes, Inc.'s Submission in Aid of Subject No. 12 - All payments made by H & S Homes, LLC to Horton Homes, Inc. at any time and for any purpose;

26.    Defendants' Exhibit 26 - Plaintiff Horton Homes, Inc.'s Submission in Aid of Subject No. 13 - All documents pertaining to any loan made by Horton Homes, Inc. to H & S Homes, LLC;

27.    Defendants' Exhibit 27 - No Exhibit;

28.    Defendants' Exhibit 28 - Horton Homes production pages 619 through 804;

29.    Defendants' Exhibit 29 - Horton Homes production pages 180 through 434;

30.    Defendants' Exhibit 30 - List of checks from Horton Homes to H & S Homes;

31.    Defendants' Exhibit 30A - List of checks from Horton Homes to H & S Homes without identification of maker;

32.    Defendants' Exhibit 31 - List of checks from H & S Homes to Horton Homes;

33.    Defendants' Exhibit 32 - No exhibit;

34.    Defendants' Exhibit 33 - No exhibit;

35.    Defendants' Exhibit 34 - Horton Homes notes and accounts receivable dated 8/31/07;

36.    Defendants' Exhibit 35 - No exhibit;

37.    Defendants' Exhibit 36 - Notes for $32,944,822.09 to Horton Homes from H & S Homes;

38.    Defendants' Exhibit 37 - Plaintiff Horton Homes, Inc.'s submission in aid of new subject number 2 (previously number 5);

39.     Defendants' Exhibit 38 - Ranking Report;

40.     Defendants' Exhibit 39 - Plaintiff Horton Homes, Inc.'s submission in aid of new

        subject numbers 3 and 4;

41.     Defendants' Exhibit 40 -  Plaintiff Horton Homes, Inc.'s submission in aid of new

        subject number 5;

42.     Defendants' Exhibit 41 -  Plaintiff Horton Homes, Inc.'s submission in aid of new

        subject number 6;

43.     Defendants' Exhibit 42 -  Plaintiff Horton Homes, Inc.'s submission in aid of new

        subject number 7;

44.     Defendants' Exhibit 43 -  Plaintiff Horton Homes, Inc.'s submission in aid of new

        subject number 8;

45.     Defendants' Exhibit 44 - Horton Homes Sales Analysis;

46.     Defendants' Exhibit 44-2S - Horton Homes Dealer Lots Analysis;

47.     Defendants' Exhibit 44-2B - Horton Homes Sales Lot Analysis;

48.     Defendants' Exhibit 45 - Plaintiff Horton Homes, Inc.'s submission in aid of new

subject number 9;


49.     Defendants' Exhibit 46 - Plaintiff Horton Homes, Inc.'s submission in aid of new

subject number 11;


50.     Defendants' Exhibit 47 - Copy of opinion of the Alabama Supreme Court in

Christina McDonald vs H & S Homes, L.L.C.;


51.     Defendants' Exhibit 48 - Pritchett purchase agreement


52.     Defendants' Exhibit 49 - Pritchett arbitration agreement


53.     Defendants' Exhibit 50 - Pritchett - furniture invoice


54      Defendants' Exhibit 51 - Pritchett - payment receipt 11700


55.     Defendants' Exhibit 52 - Pritchett - payment receipt 18107


56.     Defendants' Exhibit 53 - Pritchett - request for loan documents


57.     Defendants' Exhibit 54 - Pritchett - supplemental invoice

58.     Defendants' Exhibit 55 - Pritchett - Horton Homes, Inc. invoice

59.     Defendants' Exhibit 56 - Teel - purchase agreement

60.     Defendants' Exhibit 57 - Teel - invoice

61.     Defendants' Exhibit 57A - Teel - order form

62.     Defendants' Exhibit 58 - Teel - arbitration agreement

63.     Defendants' Exhibit 59 - Teel - customer satisfaction sheet

64.     Defendants' Exhibit 60 - Teel - wheel and axle statement

65.     Defendants' Exhibit 61 - Teel - property locator

66.     Defendants' Exhibit 62 - Teel - title application

67.     Defendants' Exhibit 63 - Teel - cash receipts

68.     Defendants' Exhibit 64 - Teel - cash receipt

69.     Defendants' Exhibit 65 - Teel - floor plan pay off instructions sheet

70.    Defendants' Exhibit 66 - Teel - insurance release form

71.    Defendants' Exhibit 67 - Teel - insurance contract preparation worksheet

72.    Defendants' Exhibit 68 - Bandy - purchase agreement

73.    Defendants' Exhibit 69 - Bandy - installment sales contract

74.    Defendants' Exhibit 70 - Bandy - bill of sale to Horton Homes

75.    Defendants' Exhibit 71 - Bandy - special order form

76.    Defendants' Exhibit 72 - Bandy - manufacturer's invoice

77.    Defendants' Exhibit 73 - Bandy - purchase agreement

78.    Defendants' Exhibit 74 - Fondren - title application

79.    Defendants' Exhibit 74A - Fondren - purchase agreement

80    Defendants' Exhibit 75 - Fondren - manufacturer's invoice

81.    Defendants' Exhibit 76 - Fondren - receipt 28241

82.     Defendants' Exhibit 77 - Fondren - receipt 28461

83.     Defendants' Exhibit 78 - Fondren - business cards

84.     Defendants' Exhibit 79 - Fondren - letter to Horton Homes

85.     Defendants' Exhibit 80 - Fondren - bill of sale from Horton Homes

86.     Defendants' Exhibit 81 - McCullough - purchase agreement

87.     Defendants' Exhibit 82 - McCullough - manufacturer's invoice

88.     Defendants' Exhibit 83 - McCullough - installment contract

89.     Defendants' Exhibit 84 - McCullough - Nick's Enterprises statement to Horton
        Homes

90.     Defendants' Exhibit 85 - McCullough - HVAC invoice

91.     Defendants' Exhibit 86 - McCullough - Bama Mobile Home Service invoice

92.     Defendants' Exhibit 87 - McCullough - R.L. Transport invoice

93.    Defendants' Exhibit 88 - McCullough - Nick's Enterprises statement 219588

94.    Defendants' Exhibit 89 - McCullough - Selma Hardware and Supply invoice

95.    Defendants' Exhibit 90 - Cruthirds - purchase agreement

96.    Defendants' Exhibit 91 - Cruthirds - title application

97.    Defendants' Exhibit 92 - Cruthirds - manufacturer's invoice

98.    Defendants' Exhibit 93 - Cruthirds - Conseco payoff check

99.    Defendants' Exhibit 94 - Shaner - purchase agreement

100.   Defendants' Exhibit 95 - Shaner - manufacturer's invoice

101.   Defendants' Exhibit 95A - Shaner - Horton Homes order form

102.   Defendants' Exhibit 95B - Shaner - Horton Homes order form

103.   Defendants' Exhibit 96 - Shaner - installment sales contract

104.   Defendants' Exhibit 97 - Shaner - Sadco invoice

105.    Defendants' Exhibit 98 - Shaner - Horton Homes receipts

106.    Defendants' Exhibit 99 - Shaner - Horton Homes receipt

107.    Defendants' Exhibit 100 - Shaner - Horton Homes receipt

108.    Defendants' Exhibit 101 - Shaner - order form

109.    Defendants' Exhibit 102 - Shaner - Hill Heating and Air invoice

110.    Defendants' Exhibit 103 - Shaner - service order form

111.    Defendants' Exhibit 104 - Shaner - service request form

112.    Defendants' Exhibit 105 - Shaner - service letter

113.    Defendants' Exhibit 106 - Pritchett - installment sales contract

114.    Defendants' Exhibit 107 - Pritchett - floor plan pay off instructions

115.    Defendants' Exhibit 108 - Pritchett - West invoice

116.    Defendants' Exhibit 109 - Pritchett - invoice for trim

117.    Defendants' Exhibit 110 - Pritchett - septic service invoice

118.    Defendants' Exhibit 111 - Pritchett - transport invoice

119.    Defendants' Exhibit 112 - Pritchett - HVAC invoice

120.    Defendants' Exhibit 113 - Pritchett - HVAC invoice

121.    Defendants' Exhibit 114 - Pritchett - service request form

122.    Defendants' Exhibit 115 - Pritchett - service order

123.    Defendants' Exhibit 116 - Pritchett - letter regarding service request

124.    Defendants' Exhibit 117 - Pritchett - order form for mobile home

125.    Defendants' Exhibit 118 - Pritchett - order form for mobile home

126.    Defendants' Exhibit 118A - Pritchett - order form for mobile home

127.    Plaintiff's Exhibit 21 - Horton Homes Audits for 1997 through 2006;

128.    Plaintiff's Exhibit 26 - Work papers from audit file for Horton Homes - August, 2002;

129.    Plaintiff's Exhibit 31 - Work papers for audit file for H & S Homes, L.L.C. - August, 2002;

130.    Plaintiff's Exhibit 518 - Schedule of loans from Horton Homes, Inc. to H & S Homes, L.L.C. and repayments showing principal only starting in 1997;

131.    Plaintiff's Exhibit 519 - Amounts paid from Horton Homes to H & S Homes.

132.    Any exhibit listed by Plaintiff and which is not objected to; and

133.    Any exhibit needed for rebuttal.


                                        MICHAEL S. HARPER,
                                        A PROFESSIONAL CORPORATION


213 Barnett Boulevard                   /s/ Michael S. Harper
Post Office Box 780608                  MICHAEL S. HARPER - HAR094
Tallassee, Alabama 36078                Attorney for Plaintiff
Telephone: 334-283-6855

OF COUNSEL:

Frank H. Hawthorne, Jr.
Randy A. Myers
Hawthorne & Myers, L.L.C.
322 Alabama Street
Montgomery, Alabama 36104
Telephone: 334/269-5010

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 20th day of August, 2008 filed the above

pleading/discovery electronically with the CM/ECF E-Filing System in Federal District Court.

The below counsel will receive a copy from the system via e-mail if registered in the system.  If

not, I certify that I have placed a copy of the same in the U.S. mail this date.

1.    Sydney F. Frazier, Jr., Esquire
      2001 Park Place North, Suite 700
      Birmingham, Alabama 35203

2.    James L. Paul, Esquire
      Thomas C. Grant, Esquire
      191 Peachtree Street, N.E., 34th Floor
      Atlanta, Georgia 30393.

/s/ Michael S. Harper
OF COUNSEL