## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

**HORTON HOMES, INC.**

      **PLAINTIFF**

**VS.**                                                       **2:07-cv-506-MEF**

**LARUE BANDY, ET. AL.,**

      **DEFENDANTS**

### SUPPLEMENTAL DESIGNATION OF TRIAL EXHIBITS

Come now the Defendants herein who designate the following as among the exhibits that may be used and offered into evidence at the trial of the above styled cause:

134.    Plaintiff's Exhibit 36 from injunction hearing;

135.    Plaintiff's Exhibit 37 from injunction hearing.

136.    Any exhibit previously admitted into evidence at any prior hearing herein.

MICHAEL S. HARPER,
A PROFESSIONAL CORPORATION

213 Barnett Boulevard
Post Office Box 780608
Tallassee, Alabama 36078
Telephone: 334-283-6855

/s/ Michael S. Harper
MICHAEL S. HARPER - HAR094
Attorney for Plaintiff

OF COUNSEL:

Frank H. Hawthorne, Jr.
Randy A. Myers
Hawthorne & Myers, L.L.C.
322 Alabama Street
Montgomery, Alabama 36104
Telephone: 334/269-5010

CERTIFICATE OF SERVICE

I hereby certify that I have this 20th day of August, 2008 filed the above

pleading/discovery electronically with the CM/ECF E-Filing System in Federal District Court.

The below counsel will receive a copy from the system via e-mail if registered in the system.  If

not, I certify that I have placed a copy of the same in the U.S. mail this date.

1.    Sydney F. Frazier, Jr., Esquire
      2001 Park Place North, Suite 700
      Birmingham, Alabama 35203

2.    James L. Paul, Esquire
      Thomas C. Grant, Esquire
      191 Peachtree Street, N.E., 34th Floor
      Atlanta, Georgia 30393.

/s/ Michael S. Harper
OF COUNSEL