UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07-CV-506-MEF |
| ) | |
| LARUE BANDY, MARIE BANDY, ) | |
| PATRICK PRITCHETT, WILLIAM ) | |
| SHANER, ELSIE FONDREN ) | |
| AVERETTE, WILLIAM CRUTHIRDS, ) | |
| SHERRIE CRUTHIRDS, LARRY C. ) | |
| McCULLOUGH, and ROBERT ) | |
| JEROME TEAL, III, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## EXHIBIT LIST OF PLAINTIFF HORTON HOMES, INC.[1]

**Pl. #**   **Exhibit Name**                                                              **Admitted**

**1a**   **Demonstrative Chart of Manufactured Floors 1997-2000**
         *(Copy produced at November 20, 2007 preliminary injunction hearing
         ("November 20, 2007 hearing"))*

**1**    **Manufactured Floors 1997-2000 documentation**
         (Copy produced at November 20, 2007 hearing)

**2a**   **Demonstrative Chart of Horton Dealers Growth Chart 1997-present**
         *(Copy produced at November 20, 2007 hearing)*

**2**    **Manufactured Floors 1997-2000 documentation**
         *(Copy produced at November 20, 2007 hearing)*

---

[1] Plaintiff Horton Homes, Inc. furnishes this Exhibit List as a comprehensive list of exhibits that it may tender at trial, pursuant to both Section 12 of the Uniform Scheduling Order [Doc. # 48] and the Court's caution to avoid surprise by attempting to tender exhibits not timely listed. Plaintiff Horton Homes, Inc. provides this list without prejudice to any pending or future motions in limine to exclude evidence or evidentiary objections at trial, which motions or objections may render some of these listed exhibits inadmissible at trial.

| | |
|---|---|
| **3** | **GE Inventory Finance Agreement** |
| | *(Copy produced at November 20, 2007 hearing)* |
| **4** | **Bombardier Finance Agreement** |
| | *(Copy produced at November 20, 2007 hearing)* |
| **5** | **TCT Textron Repurchase - Floor Plan Agreement** |
| | *(Copy produced at November 20, 2007 hearing)* |
| **6** | **Bombardier Credit, Inc - Floor Plan Repurchase Agreement** |
| | *(Copy produced at November 20, 2007 hearing)* |
| **7** | **Horton Industries, Inc. - incorporation documents** |
| | *(Copy produced at November 20, 2007 hearing)* |
| **8** | **Horton Homes Inc. - incorporation documents** |
| | *(Copy produced at November 20, 2007 hearing)* |
| **9** | **H&S Homes, LLC - incorporation documents; name change document included** |
| | *(Copy produced at November 20, 2007 hearing)* |
| **10** | **H&S Homes, LLC Form 941 - quarterly composite tax reports** |
| | *(Copy produced at November 20, 2007 hearing)* |
| | Year 2000 |
| | Year 2001 |
| | Year 2002 |
| | Year 2003 |
| | Year 2004 |
| | Year 2005 |
| | Year 2006 |
| **11** | **Horton Homes, Inc. Form 941 - quarterly composite tax reports** |
| | *(Copy produced at November 20, 2007 hearing)* |
| | Year 2000 |
| | Year 2001 |
| | Year 2002 |
| | Year 2003 |
| | Year 2004 |
| | Year 2005 |
| | Year 2006 |
| **12** | **H&S Homes, LLC - ad Valorem Tax Bills** |
| | *(Copy produced at November 20, 2007 hearing)* |
| | 2000 |
| | 2001 |
| | 2002 |
| | 2003 |
| | 2004 |
| | 2005 |
| | 2006 |

| | |
|---|---|
| **13** | **Horton Homes, Inc. - ad Valorem Tax Bills, Putnam County, 2000 - 2006, composite** |
| | *(Copy produced at November 20, 2007 hearing)* |
| **14** | **H&S Homes, LLC - State Sales Tax Returns** |
| | *(Copy produced at November 20, 2007 hearing)* |
| | 1999 |
| | 2000 |
| | 2001 |
| | 2002 |
| | 2003 |
| | 2004 |
| | 2005 |
| | 2006 |
| **15** | **Horton Homes, Inc. - State Sales Tax Returns** |
| | *(Copy produced at November 20, 2007 hearing)* |
| | 1999 |
| | 2000 |
| | 2001 |
| | 2002 |
| | 2003 |
| | 2004 |
| | 2005 |
| | 2006 |
| **16** | **H&S Homes, LLC Bank Statements for Its Operating Account** |
| | *(Copy produced at November 20, 2007 hearing)* |
| | Dec. 2000 |
| | Dec. 2006 |
| **17** | **Horton Homes, Inc. Bank Statements for Its Operating Account** |
| | *(Copy produced at November 20, 2007 hearing)* |
| | Dec. 2000 |
| | Dec. 2006 |
| **18** | **Horton Industries, Inc. - Federal Tax Returns** |
| | *(Copy produced at November 20, 2007 hearing)* |
| | 1999 - 2000 |
| | 2000 - 2001 |
| | 2001 - 2002 |
| | 2002 - 2003 |
| | 2003 - 2004 |
| | 2004 - 2005 |
| | 2005 – 2006 |

**19**    **Horton Homes, Inc. - Income Tax Returns for Georgia and Florida**
*(Copy produced at November 20, 2007 hearing)*
1999 - 2000
2000 - 2001
2001 - 2002
2002 - 2003
2003 - 2004
2004 - 2005
2005 – 2006

**20**    **H&S Homes, LLC - State Income Tax Returns for various states**
*(Copy produced at November 20, 2007 hearing)*
1999 - 2000
2000 - 2001
2001 - 2002
2002 - 2003
2003 - 2004
2004 - 2005
2005 – 2006

**21a**    **Horton Homes, Inc. - Financial Audit Report**
*(Audits for 1997 and 1998 produced as part of Exhibit "D-21" to the July 22, 2008 depositions of Steven M. Sinclair and Michael Thigpen, C.P.A.)*
1996
1997
1998

**21b**    **Horton Homes, Inc. - Financial Audit Reports**
*(Copy produced at November 20, 2007 hearing)*
1999
2000
2001
2002
2003
2004
2005
2006

| | |
|---|---|
| **22** | **H&S Homes, LLC - Financial Audit Reports** <br> *(Copy produced at November 20, 2007 hearing)* <br> 1999 <br> 2000 <br> 2001 <br> 2002 <br> 2003 <br> 2004 <br> 2005 <br> 2006 |
| **23** | (Number intentionally skipped) |
| **24** | (Number intentionally skipped) |
| **25** | (Number intentionally skipped) |
| **26** | **Horton Homes Inc. - 2002 Audit Workpapers** <br> *(Copy produced at November 20, 2007 hearing)* |
| **27** | **Horton Homes Inc. - 2003 Audit Workpapers** <br> *(Copy produced at November 20, 2007 hearing)* |
| **28** | **Horton Homes Inc. - 2004 Audit Workpapers** <br> *(Copy produced at November 20, 2007 hearing)* |
| **29** | **Horton Homes Inc. - 2005 Audit Workpapers** <br> *(Copy produced at November 20, 2007 hearing)* |
| **30** | **Horton Homes Inc. - 2006 Audit Workpapers** <br> *(Copy produced at November 20, 2007 hearing)* |
| **31** | **H&S Homes, LLC - 2002 Audit Workpapers** <br> *(Copy produced at November 20, 2007 hearing)* |
| **32** | **H&S Homes, LLC - 2003 Audit Workpapers** <br> *(Copy produced at November 20, 2007 hearing)* |
| **33** | **H&S Homes, LLC - 2004 Audit Workpapers** <br> *(Copy produced at November 20, 2007 hearing)* |
| **34** | **H&S Homes, LLC - 2005 Audit Workpapers** <br> *(Copy produced at November 20, 2007 hearing)* |
| **35** | **H&S Homes, LLC - 2006 Audit Workpapers** <br> *(Copy produced at November 20, 2007 hearing)* |
| **36** | **Horton Homes, Inc. - Corporate Minutes** <br> *(Copy produced at November 20, 2007 hearing)* |
| **37** | **H&S Homes, LLC - Corporate Minutes** <br> *(Copy produced at November 20, 2007 hearing)* |

...
...

| | |
|---|---|
| **38** | **Michael Thigpen, C.P.A., spreadsheet entitled "Schedule of loans from Horton Homes, Inc. to H&S Homes, LLC and repayments showing principal only. This schedule assumes all interest is paid by other checks".**<br>*(Produced as Exhibit "P-518" to the July 22, 2008 depositions of Steven M. Sinclair and Michael Thigpen, C.P.A.)* |
| **39** | **Michael Thigpen, C.P.A., spreadsheet entitled "Schedule of loans from Horton Homes, Inc. to H&S Homes, LLC and repayments showing principal only. This schedule assumes all interest is paid by other checks".**<br>*(Produced as Exhibit "P-519" to the July 22, 2008 depositions of Steven M. Sinclair and Michael Thigpen, C.P.A.)* |
| **40** | **Expert Witness Report for Michael Thigpen, C.P.A., on Behalf of Horton Homes, Inc.**<br>*(Produced to Defendants' counsel on May 16, 2008)* |
| **41** | **Expert Witness Report for Henry H. Hutchinson on Behalf of Horton Homes, Inc.**<br>*(Produced to Defendants' counsel on May 16, 2008)* |
| **42** | **Ledger pages for the account that Horton Homes, Inc. used to track the balance that of H&S Homes, LLC owed to Horton Homes, Inc.**<br>*(Produced as Exhibit "D-5" to the May 20, 2007 depositions of N. Dudley Horton, Jr., and Steven M. Sinclair)* |
| **43** | **H&S Homes Ledger of its interest payments to Horton Homes**<br>*(Produced as the first two pages of Exhibit "D-28" to the July 22, 2008 depositions of Steven M. Sinclair and Michael Thigpen)* |
| **44** | **Promissory Notes evidencing loans made by Horton Homes to H&S Homes**<br>*(Produced to Defendants in discovery as documents numbered HORTON000180 through HORTON000434)* |
| **45** | **Checks evidencing payments related to loans made by Horton Homes to H&S Homes**<br>*(Produced to Defendants in discovery as documents numbered HORTON000435 through HORTON000600)* |
| **46** | **Purchase contract and arbitration agreement for the manufactured home that Larue Bandy and Marie Bandy bought in Alabama on April 12, 1999** |
| **47** | **Purchase contract and arbitration agreement for the manufactured home that Patrick Pritchett bought in Alabama on June 4, 1999** |
| **48** | **Purchase contract and arbitration agreement for the manufactured home that Cliffie Shaner bought in Alabama on October 12, 1999** |

| | |
|---|---|
| 49 | Purchase contract and arbitration agreement for the manufactured home that Elsie Fondren Averette bought in Alabama on June 17, 2000 |
| 50 | Purchase contract and arbitration agreement for the manufactured home that William Cruthirds and Sherrie Cruthirds bought in Alabama on March 31, 2000 |
| 51 | Purchase contract and arbitration agreement for the manufactured home that Larry C. McCullough bought in Alabama on June 15, 1998 |
| 52 | Purchase contract and arbitration agreement for the manufactured home that Robert Jerome Teal, III, bought in Alabama on July 10, 2001 |
| 53 | Any exhibit necessary for impeachment purposes during cross examination and re-cross |
| 54 | All exhibits designated on Defendants' Exhibit List |

Dated this 20th day of August, 2008.

By: _____/s/ Thomas C. Grant_____
JAMES L. PAUL
*Georgia Bar No. 567600*
THOMAS C. GRANT
*Georgia Bar No. 297455*
(Admitted Pro Hac Vice)

Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia  30303
(404) 659-1410
(404) 659-1852 (Facsimile)
james.paul@chamberlainlaw.com

Sydney F. Frazier
SJIS #FRA007
Cabaniss, Johnston, Gardner, Dumas & O'Neal, LLP
2001 Park Place North, Suite 700
Birmingham, Alabama  35203
(205) 716-5291
(205) 716-5389 (Facsimile)
sff@cabaniss.com
*Co-Counsel for Plaintiff Horton Homes, Inc.*

**CERTIFICATE OF SERVICE**

       This is to certify that on this date the undersigned has filed using the CM/ECF system a true and correct copy of "Exhibit List of Plaintiff Horton Homes, Inc." on the following parties and has served the following via the CM/ECF system:

Michael S. Harper
213 Barnett Boulevard
P.O. Box 780608
Tallassee, Alabama  36078

Frank H. Hawthorne, Jr.
Randy A. Myers
Hawthorne & Myers LLC
322 Alabama Street
Montgomery, Alabama  36104

Dated this 20th day of August, 2008.

                                By:        */s/ Thomas C. Grant*
                                     JAMES L. PAUL
                                     *Georgia Bar No. 567600*
                                   THOMAS C. GRANT
                                   *Georgia Bar No. 297455*
                                   (Admitted Pro Hac Vice)

                                 *Counsel for Plaintiff Horton Homes, Inc.*

Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia  30303
(404) 659-1410
(404) 659-1852 (Facsimile)
james.paul@chamberlainlaw.com
287047.1