## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| HORTON HOMES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07-CV-506-MEF |
| | ) | |
| LARUE BANDY, MARIE BANDY, | ) | |
| PATRICK PRITCHETT, WILLIAM | ) | |
| SHANER, ELSIE FONDREN | ) | |
| AVERETTE, WILLIAM CRUTHIRDS, | ) | |
| SHERRIE CRUTHIRDS, LARRY C. | ) | |
| McCULLOUGH, and ROBERT | ) | |
| JEROME TEAL, III, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF HORTON HOMES, INC.'S DESIGNATION OF WITNESSES**

NOW COMES Plaintiff Horton Homes, Inc. and pursuant to Fed. R. Civ. P. 26(a)(3) and

Section 10 of the Uniform Scheduling Order [Doc. #48], files herewith its designation of

witnesses, except witnesses solely for impeachment purposes, as follows:

**I.**    **Plaintiff expects to present the following witnesses at trial:**

　　1.    N. Dudley Horton, Jr., President
　　　　Horton Homes, Inc.
　　　　101 Industrial Boulevard
　　　　Eatonton, Georgia  31024

　　2.    Russ Hicks, Vice President of Sales
　　　　Horton Homes, Inc.
　　　　101 Industrial Boulevard
　　　　Eatonton, Georgia  31024

3.     Mike Willard, Sales Manager
       Horton Homes, Inc.
       101 Industrial Boulevard
       Eatonton, Georgia  31024

**II.    <u>Plaintiff may call the following witnesses at trial if the need arises</u>:**

1.     David Giddens, C.P.A.
       Horton Homes, Inc.
       101 Industrial Boulevard
       Eatonton, Georgia  31024

2.     Steve Sinclair, President
       H&S Homes, Inc.
       101 Industrial Boulevard
       Eatonton, Georgia  31024

3.     Henry Hutchinson, Esq.
       Capell & Howard, P.C.
       150 South Perry Street
       Montgomery, Alabama  36104

4.     Michael Thigpen, C.P.A.
       Christian, Kelly, Thigpen & Co. LLC
       1312 Bellevue Avenue
       Dublin, Georgia  31021-4152

5.     William L. Weeks

6.     David M. Hardy

7.     Thomas L. Leach

8.     Annette Leach

9.     Raymond Horton

10.    Jeff Mullis

11.    Brad Beane

12.    James G. Strickland

13.    Joseph D. Hudson

14.    Anne Marie Horton

15. Marlene Richards

16. Jeff Mullis

17. Ric Veal

18. Anslee Goldsby

19. Martin L. Fierman, Esq.

20. Joseph H. Briley, Esq.

21. Representative of The Peoples Bank
P.O. Box 4250
Eatonton, Georgia  31024
(706) 485-8542

22. Representative of Textron Financial

23. Representative of General Electric Corp.

24. Representative of Mauldin & Jenkins, C.P.A., if necessary to authenticate audits

25. Representative of KPMG, if necessary to authenticate audits

26. Elsie Fondren Averette, Defendant

27. Larue Bandy, Defendant

28. Marie Bandy, Defendant

29. Sherrie Cruthrids, Defendant

30. William Cruthrids, Defendant

31. Patrick Pritchett, Defendant

32. Robert Jerome, Teel, III,  Defendant

33. Larry C. McCullough, Defendant

34. William Shaner, Defendant

35. Cliffie Shaner

36.    Plaintiff reserves the right to call any witness listed by Defendants in the parties' consolidated Pretrial Order or in Defendants' witness list submitted pursuant to Section 10 of the Uniform Scheduling Order [Doc. #48].

Dated this 20th day of August, 2008.

By:        */s/ Thomas C. Grant*
JAMES L. PAUL
*Georgia Bar No. 567600*
THOMAS C. GRANT
*Georgia Bar No. 297455*
(Admitted Pro Hac Vice)

Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia  30303
(404) 659-1410
(404) 659-1852 (Facsimile)
james.paul@chamberlainlaw.com

Sydney F. Frazier
SJIS #FRA007
Cabaniss, Johnston, Gardner, Dumas & O'Neal, LLP
2001 Park Place North, Suite 700
Birmingham, Alabama  35203
(205) 716-5291
(205) 716-5389 (Facsimile)
sff@cabaniss.com

*Co-Counsel for Plaintiff Horton Homes, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on this date the undersigned has filed using the CM/ECF system a true and correct copy of "Plaintiff Horton Homes, Inc.'s Designation of Witnesses For Use At Trial" on the following parties and has served the following via the CM/ECF system:

Michael S. Harper
213 Barnett Boulevard
P.O. Box 780608
Tallassee, Alabama 36078

Frank H. Hawthorne, Jr.
Randy A. Myers
Hawthorne & Myers LLC
322 Alabama Street
Montgomery, Alabama 36104

Dated this 20th day of August, 2008.

By: _____ */s/ Thomas C. Grant* _____
      JAMES L. PAUL
      *Georgia Bar No. 567600*
      THOMAS C. GRANT
      *Georgia Bar No. 297455*
      (Admitted Pro Hac Vice)

      *Counsel for Plaintiff Horton Homes, Inc.*

Chamberlain, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, Georgia 30303
(404) 659-1410
(404) 659-1852 (Facsimile)
james.paul@chamberlainlaw.com
286879.1
730302-000067:8/12/2008