UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HORTON HOMES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-cv-506-MEF |
| | ) | |
| LARUE BANDY, MARIE BANDY, | ) | |
| PATRICK PRITCHETT, WILLIAM | ) | |
| SHANER, ELSIE FONDREN | ) | |
| AVERETTE, WILLIAM CRUTHIRDS, | ) | |
| and SHERRIE CRUTHIRDS, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' WITNESS LIST

COME NOW, your Defendants, in the above-styled cause and hereby lists the following as witnesses who may be called at trial:

1.    Larue Bandy
      329 Main Street
      Hayneville, AL  36040
      (334) 354-3754

2.    Marie Bandy
      329 Main Street
      Hayneville, AL  36040
      (334) 354-3754

3.    Elsie Fondren Averette
      33 Ashlee Drive
      Post Office Box 334
      Centreville, AL  35042
      (205) 926-9724

4.      Patrick Pritchett
        Route 1, Box 126
        543 Highlow Rd.
        Fitzpatrick, AL 36029
        (334) 584-7998

5.      William Shaner
        46 Defiance St.
        Ticonderoga, NY 12883
        (518) 585-3293

6.      William Cruthirds
        875 Lynch Lake Road
        Odenville, AL  35120
        (205) 405-6380

7.      Sherrie Cruthirds
        875 Lynch Lake Road
        Odenville, AL  35120
        (205) 405-6380

8.      N. Dudley Horton, Jr.
        101 Industrial Blvd.
        Eatonton, GA  31024
        (706) 485-2071

9.      Steve Sinclair
        101 Industrial Blvd.
        Eatonton, GA  31024
        (706) 485-2071

10.     R. W. Hicks, Jr.
        231 Rose Creek Road
        Eatonton, GA

11.     Joseph Briley
        156 W. Clinton Street
        Gray, GA  31032
        (478) 986-5633

12.     Martin L. Fierman
        1244 Techwood Dr., NW
        Atlanta, GA  30318
        (404) 523-5835

13.     William E. Barranco
        3815 Interstate Court
        Montgomery, AL  36109
        (334) 271-2200

14.     Robert Douglas
        Whereabouts Unknown

15.     Johnny Reese
        Thomson, GA

16.     Kay Douglas
        Thomson, GA

17.     Jimmy D. Plunkett
        234 Main Street
        Thomson, GA  30824
        (706) 595-6175

18.     Larry McCullough
        1207 Florida Street
        Prattville, AL  36067
        (334) 361-3051

19.     Jerry Teel
        101 Veterans Parkway, Lot 190
        Opelika, AL 36801
        (334) 749-3576

20.     Larry E. Dinkins
        Georgia

21.     Jim Strickland
        Georgia

22.     Russ D'Olimpio
        2511 Midpark Road
        Montgomery, AL  36109

23.     Any witness deposed in this case

24.     Any witness necessary for rebuttal

25.     Any witness listed by the Plaintiff

26.     Any witness necessary to authenticate any exhibits

27.    Defendants reserve the right to use the deposition testimony of any witness deposed in this case.

Respectfully submitted this 20th day of August, 2008.


/s/ Frank H. Hawthorne, Jr.
FRANK H. HAWTHORNE, JR. (HAW012)
Attorney for Plaintiff


OF COUNSEL:
Hawthorne & Myers, L.L.C.
322 Alabama Street
Montgomery, AL 36104
334-269-5010

Michael S. Harper, Esquire
P. O. Box 780608
Tallassee, AL  36078-0608
334-283-6855

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 20th day of August, 2008, filed the above pleading/discovery electronically with the CM/ECF E-Filing System in Federal District Court.  The below counsel will receive a copy from the system via email if registered in the system.  If not, I certify that I have placed a copy of the same in the U.S. mail this day.

Sydney F. Frazier, Jr., Esq.
Cabaniss, Johnston, Gardner, Dumas & O'Neal, LLP
2001 Park Place North, Suite 700
Birmingham, AL  35203

James L. Paul, Esq.
Thomas C. Grant, Esq.
Chamberlin, Hrdlicka, White, Williams & Martin
191 Peachtree Street, N.E., 34th Floor
Atlanta, GA  30303


/s/ Frank H. Hawthorne, Jr.
OF COUNSEL