IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC.,        ) | |
| )| |
| Plaintiff,        ) | |
| v.        ) | CASE NO. 2:07-cv-506-MEF |
| ) | |
| LARUE BANDY, *et al.*,        ) | |
| ) | |
| Defendants.        ) | |

## **O R D E R**

Upon consideration of the plaintiff's Objection to August 14, 2008 Memorandum Opinion and Order Pursuant to Fed.R.Civ.P. 72 (Doc. #107) filed on August 22, 2008, it is hereby

ORDERED that the defendants show cause in writing on or before **September 26, 2008** as to why the motion should not be granted.

DONE this the 26th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE