IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-506-MEF |
| | ) |
| LARUE BANDY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion in Limine (Doc. #96) filed on August 14, 2008, it is hereby

ORDERED that the motion is DENIED with leave to refile after February 13, 2009.

DONE this the 5th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE