IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORTON HOMES, INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO.: 2:07-cv-506-MEF |
| | ) |
| LARUE BANDY, et al., | )      (WO - Do Not Publish) |
| | ) |
| DEFENDANTS. | ) |

**ORDER**

It is hereby ORDERED that the Motion to Disclose (Doc. # 198) is GRANTED.

DONE this the 29th day of April , 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE